## McCoy v. MOORE & FLOYD.

ATKINSON, J. The evidence was sufficient to support the verdict. There was no error in the rulings of the court on the admissibility of evidence, nor in the instructions to the jury, sufficient to require the grant of a new trial for any reason assigned.

*Judgment affirmed. All the Justices concur.*

DECEMBER 15, 1910.

Complaint. Before Judge Kimsey. Rabun superior court. November 15, 1909.

*J. C. Edwards* and *J. B. Jones,* for plaintiff in error.

*W. S. Paris* and *Joseph V. Davis,* contra.